■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v THOMAS CLARK, Appellant.—Judgment, Supreme Court, Bronx County (John Byrne, J.), rendered on March 1, 1985, unanimously affirmed. The case is remitted to the Supreme Court, Bronx County, for further proceedings pursuant to CPL 460.50 (5). No opinion. Concur—Murphy, P. J., Kupferman, Sullivan, Carro and Milonas, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LUZ BAEZ, Appellant.—Judgment, Supreme Court, New York County (Carol Berkman, J.), rendered on April 19, 1984, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.)* We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Murphy, P. J., Kupferman, Sullivan, Carro and Milonas, JJ.